IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

-------------------------------------------------------  :
UNITED STATES OF AMERICA            : CASE NO. 1: 06 CR 367
                                                             :
                                       Plaintiff    :
                                                             :
        -vs-                                             :
                                                             :
                                                             :
FAYEZ DAMRA, aka Alex Damra, and  : ORDER DENYING FAYEZ (ALEX)
FAWAZ DAMRA,                               : DAMRA'S MOTION TO REASSIGN
                                                             : CASE AS RELATED
                                   Defendants,  :
-------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

On consideration of Fayez (Alex) Damra's motion to reassign this case and the United States' response, the motion to reassign is denied.  Cases 1:03 CR 484 and 1:06 CR 367 are not related cases, as that term is used in Local Rule 57.9(b)(3) upon which Alex Damra relies.

        IT IS SO ORDERED.

                                                         /s/Lesley Wells
                                                         UNITED STATES DISTRICT JUDGE

Dated: 9 February 2007

1